United States Courts
Southern District of Texas
FILED

JAN 2 0 2026

Nathan Ochsner, Clerk of Court

## PETITION FOR WRIT OF MANDAMUS AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

### I. STATEMENT OF FACTS

1. Petitioner, Penelope Dimson, is a national of Nigeria and a resident of Fresno, Texas.

2. Petitioner was employed by the State of Texas at the Richmond State Supported Living Center ('RSSLC") in Richmond, Texas, a state-operated facility providing long-term care to approximately 320 medically fragile United States citizens and veterans, 100% funded by Medicaid.

3. RSSLC forms part of the Texas State Supported Living Center system serving approximately 3,000 individuals statewide with severe intellectual and developmental disabilities-care that individual families cannot replicate.

4. As Habilitation Therapy staff, Petitioner's specialized skills were vital to maintaining federal staffing ratios required for Medicaid compliance under
42 C.F.R. § 483.430.

5. Petitioner's prior Employment
Authorization Document ("EAD") exp legally compelling her resignation. She seeks adjudication of her renewal application (Form I-765, Receipt Number I0E093330469).

6. In August 2025, the Board of Immigration Appeals ("BIA") reopened Petitioner's Form I-485, correcting a 2022 error and confirming her eligibility (Exhibit D).

7. January 2, 2026: Respondent-USCIS confirmed the I-765 was "ready for adjudication" with completed biometrics (Exhibit C).

8. Despite this, USCIS has delayed five months post-BIA reopening.

9. USCIS Policy Memorandum
PM-602-0194 (Jan 1, 2026) holds
Nigerian nationals but creates Exception 8 for services supporting "significant public-health or economic interests" of the United States.

10. Petitioner meets Exception 8 through:
• Facility impact: Absence forces closure of 15 beds at RSSLC due to unmet federal staffing ratios
• Federal economic impact: $2.7
million annual loss in federal
Medicaid funding (Federal Financial
Participation)

11.
• Public health impact: Disrupts habilitation services within statewide system serving 3,000 disabled U.S. citizens/veterans
RSSLC faces federal Medicaid compliance audit February 5, 2026.
Relief by February 3, 2026 prevents imminent harm.

## II. CAUSE OF ACTION

1. This action arises under the Mandamus Act (28 U.S.C. § 1361) and Administrative Procedure Act (5 U.S.C. §S 555(b), 706(1)).

2. Defendants have clear, nondiscretionary duty to adjudicate completed I-765 applications within reasonable time, particularly post-biometrics with "ready for adjudication" status.

3. PM-602-0194 Exception 8 mandates processing where state agencies document services advancing significant public-health or economic interests-precisely met by Texas HHSC Director's verification (Exhibit B).

4. Five-month delay post-BIA reopening constitutes unreasonable delay and agency action unlawfully withheld.

## III. REQUEST FOR RELIEF

Petitioner requests the Court:

A. Issue Writ of Mandamus/APA order compelling Defendants to adjudicate Form I-765 (IOE093330469) no later than February 3, 2026;

B. Retain jurisdiction until compliance;

C. Grant further relief as just