United States District Court
Southern District of Texas
**ENTERED**
February 03, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PENELOPE DIMSON,<br>*Plaintiff,*<br><br>V.<br><br>USCIS,<br>*Defendants* | §<br>§<br>§   CIVIL ACTION NO. 4:26cv0442<br>§<br>§<br>§ |

### ORDER ADOPTING MAGISTRATE JUDGE'S
### MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated January 30, 2026 (Dkt. 14) and Plaintiff's objections thereto (Dkt. 15) as well as Plaintiff's Notice of New Facts and Urgent Clarification on Public Harm and Finality of Relief (Dkt. 16), the Court is of the opinion that said Memorandum and Recommendation should be adopted by this Court. Plaintiff's objections and notice of facts do not cure the Court's lack of subject matter jurisdiction.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court and Plaintiff's renewed Motion for TRO (Dkt. 10) is **DENIED..**

**SIGNED** at Houston, Texas this **3rd** day of February, 2026.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE